# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LESLIE NELSON PARKER

VERSUS

BRITTANI LEEANN FINCH

NO.    2019 CW 1076

**AUGUST 23, 2019**

---

In Re:    Paula Antonia Gordon, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 206930.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**STAY DENIED; WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.** The portion of the district court's June 30, 2019 ruling, finding Relator, Paula Antonia Gordon, in contempt of court and awarding Plaintiff, Leslie Nelson Parker, court costs and attorney fees associated with the Joint Motion for Ex Parte Issuance of a Civil Warrant for the Return of a Child to the Custodial Parent and his Motion and Rule to Show Cause is a final, appealable judgment. See **Capital City Press, LLC v. Louisiana State University System Board of Supervisors**, 2013-1994 (La. 8/28/13), 120 So.3d 250 ("Insofar as relator is aggrieved by the August 14, 2013 judgment imposing sanctions for contempt, it has an adequate remedy by suspensive appeal."), citing La. Code Civ. P. art. 1915(A)(6). Therefore, it is hereby ordered that this case be remanded to the district court with instruction to grant Relator an appeal pursuant to the August 1, 2019 pleading notifying the district court of her intention to seek writs. See **In re Howard**, 541 So.2d 195 (La. 1989) (per curiam). A copy of this court's action is to be included in the appellate record. In all other respects, this writ application is denied.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT